# United States Court of Appeals
## For the First Circuit

No. 12-1291

NIEVE ANJOMI,

Plaintiff, Appellant,

v.

NAVA KALAI, ET AL.,

Defendants, Appellees,

DAVID KALAI, ET AL.,

Defendants.

Before

Lynch, <u>Chief Judge</u>,
Howard and Kayatta, <u>Circuit Judges</u>.

JUDGMENT

Entered:  June 10, 2013

     Appellant's motion to voluntarily dismiss the appeal pursuant to Fed. R. App. P. 42(b) is <u>granted</u>.  As for the explanation in appellant's motion about why he is choosing to voluntarily dismiss his appeal, we take no position on that reasoning. Appellees' motion to file a sur-reply is <u>granted</u>.  Appellees' request that we declare the appeal to be frivolous is <u>denied</u>.  Rule 39 costs are taxed against appellant.

     <u>Appeal dismissed</u>.

                                      By the Court:

                                      <u>/s/ Margaret Carter, Clerk</u>.

cc:
Donohue, Thomas R.
Fray-Witzer, Evan
Kesten, Leonard H.
Regan, Deidre Brennan