# United States Court of Appeals
## For the First Circuit

No. 12-1291

NIEVE ANJOMI

Plaintiff - Appellant

v.

NAVA KALAI; NADAV KALAI

Defendants - Appellees

DAVID KALAI; ERLINDA FARKAS; ERAN VARDI; URS TAX, INC.; URS STAFFING CORPORATION; UNITED REVENUE SERVICE, INC.; OFFICE FURNISHING INC.

Defendants

**MANDATE**

Entered: July 8, 2013

    In accordance with the judgment of June 10, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas R. Donohue
Evan Fray-Witzer
Leonard H. Kesten
Deidre Brennan Regan